FIRST NAT. BANK OF CARTHAGE v. EATON et al.

(Supreme Court, General Term, Fourth Department. February, 1895.)

APPEALABLE ORDER—RULING ON DEMURRER.
    An order sustaining a demurrer is not appealable, but the appeal must be taken from the interlocutory judgment.

Appeal from special term.

Action by the First National Bank of Carthage against Prosper L. Eaton and others. From an order sustaining a demurrer to the fifth count of the answer, with leave to answer over, defendants appeal. Dismissed.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

H. C. Cook, for appellants.

A. E. Kilby, for respondent.

HARDIN, P. J. As the appeal is from an order sustaining the demurrer to a part of defendants' answer, and no appeal is taken from any interlocutory judgment, the appeal should be dismissed. Code, § 1349; Bank v. Lynch, 76 N. Y. 514; Sheffield v. Robinson (Sup.) 30 N. Y. Supp. 799; Lee v. Timken, Id., 800; Haffey v. Lynch, 68 Hun, 507, 23 N. Y. Supp. 59. The appeal should be dismissed.

Appeal dismissed, without costs. All concur.